**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Oliver W. Wanger
Senior United States District Judge
Fresno, California

                      **RE:**    Jorge ALVAREZ-VELASQUEZ
                               Docket Number: 1:08CR00108-01
                               **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Jalisco, Mexico. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On October 29, 2007, the supervised releasee was sentenced in the Northern District of California for the offense of 21 USC 856(a)(1) - Maintaining a Location for the Purpose of Distributing Controlled Substance, Class C Felony.

**Sentence imposed:** The offender was sentenced to a term of 35 months custody of the Bureau of Prisons (credit for time served) with a 36-month term of supervised release to follow. Special conditions include: Comply with the rules and regulations of the Bureau of Immigration and Customs Enforcement; Drug/alcohol treatment and testing; Drug registration; Search; Not own or possess a firearm, ammunition or destructive device; Pay special assessment of $100 (paid); DNA collection; and Financial disclosure.

**Dates and Mode of Travel:** September 6, 2008, through September 23, 2008. The offender will be traveling by vehicle from Modesto, California, to Jalisco, Mexico.

**Purpose:** The releasee is requesting permission to travel to Mexico to visit his mother whom he has not seen in over five years. If allowed to travel out of the country, the offender will be instructed to report to United States Customs Officials upon his entry and exit from Mexico.

                                        Respectfully Submitted,
                                        /s/ Sandra K. Dash
                                      **SANDRA K. DASH**
                                  United States Probation Officer

**Dated:**        September 2, 2008
                 Modesto, California
                 SKD:lr

**REVIEWED BY:**    /s/ Deborah A. Spencer
                          **DEBORAH A. SPENCER**
                          Supervising United States Probation Officer

**ORDER OF THE COURT:**

Approved     X                          Disapproved  _____

IT IS SO ORDERED.

Dated:   September 2, 2008                /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE